IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Ronald | Case Number: 08 B 11249 |
|---|---|---|
|  | Jones, Theresa | Judge: Hollis, Pamela S |
|  | Printed: 10/29/08 | Filed: 5/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,065.00 |  |
| Secured: |  | 567.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 427.53 |
| Trustee Fee: |  | 69.69 |
| Other Funds: |  | 0.00 |
| Totals: | 1,065.00 | 1,065.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 427.53 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,271.00 | 567.78 |
| 5. | HSBC Mortgage Services | Secured | 852.33 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 9,753.41 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 58.84 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 13.48 | 0.00 |
| 9. | Pharia LLC | Unsecured | 31.63 | 0.00 |
| 10. | Capital One | Unsecured | 260.58 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 654.77 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 3.24 | 0.00 |
| 13. | Capital One | Unsecured | 200.23 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 122.04 | 0.00 |
| 15. | CB Accounts | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 17. | CB USA | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 20. | Security Credit LLC | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,721.55 | $ 995.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Ronald<br>Jones, Theresa<br>Printed: 10/29/08 | Case Number:  08 B 11249<br>Judge:  Hollis, Pamela S<br>Filed:  5/2/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 39.48 |
| 6.6% | 30.21 |
| | $ 69.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

